UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION                                                                          MDL No. 2875

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On February 14, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Robert B. Kugler.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Kugler.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 14, 2019, and, with the consent of that court, assigned to the Honorable Robert B. Kugler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 25, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

MDL No. 2875

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 5 | 19-00150 | Sen v. Zhejiang Huahai Pharmaceutical Co LTD et al |
| ARKANSAS WESTERN | | | |
| ARW | 2 | 19-02017 | Selph v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 19-00180 | Daniel Winiecki v. Zhejiang Huahai Pharmaceutical Co., LTD. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 19-00212 | Avedikian v. Zhejiang Huahai Pharmaceutical Co., Ltd et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 19-00253 | Guiton v. Zhejiang Huahai Pharmaceutical Co., Ltd et al |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 18-00710 | Molinaro v. Prinston Pharmaceutical Inc. et al |
| FLORIDA NORTHERN | | | |
| FLN | 4 | 19-00023 | BARBER v. ZHEJIANG HUAHAI PHARMACEUTICAL CO LTD et al |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 18-25260 | MSP Recovery Claims, Series LLC v. Huahai US Inc. et al |
| GEORGIA NORTHERN | | | |

| | | | |
|---|---|---|---|
| GAN | 1 | 19-00475 | Martey v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |

**INDIANA SOUTHERN**

| | | | |
|---|---|---|---|
| INS | 1 | 19-00279 | BAKER v. MYLAN INC. et al |
| INS | 4 | 19-00022 | WILLIAMS v. ZHEJIANG HUAHAI PHARMACEUTICALS CO., LTD. et al |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 19-00078 | Slavich v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |
| LAE | 2 | 19-00322 | Kleinman v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |

**LOUISIANA WESTERN**

| | | | |
|---|---|---|---|
| LAW | 6 | 18-01497 | Gremillion v. Zhejiang Huahai Pharmaceutical Co Ltd et al |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 18-12339 | Longwell v. Camber Pharmaceuticals, Inc. et al |
| MA | 1 | 19-10074 | Barboza et al v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |
| MA | 3 | 19-30014 | Williams v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |

**MINNESOTA**

| | | | |
|---|---|---|---|
| MN | 0 | 19-00091 | Tack et al v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 2 | 18-06916 | Cacaccio v. Mylan Pharmaceuticals, Inc. et al |
| NYE | 2 | 19-00332 | Nelson v. Teva Pharmaceutical Industries, Ltd. et al |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 3 | 19-00233 | Pollock v. Zhejiang Huahai Pharmaceutical Co., Ltd et al |

**PENNSYLVANIA WESTERN**

| | | | |
|---|---|---|---|
| PAW | 2 | 19-00046 | RODICH-ANNESE v. SOLO HEALTHCARE U.S., LLC et al |

**TENNESSEE EASTERN**

| | | | |
|---|---|---|---|
| TNE | 3 | 19-00040 | Holland et al v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al (JRG3) |